USCA1 Opinion

 

 March 28, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2104 STEPHEN VANDECASTEELE, ET AL., Plaintiffs, Appellants, v. ANGELO R. FISICHELLA, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Rya W. Zobel, U.S. District Judge] ___________________ ____________________ Before Torruella, Boudin and Stahl, Circuit Judges. ______________ ____________________ Stephen J. Vandecasteele on brief pro se. ________________________ Scott Harshbarger, Attorney General, and Stephen Dick, Assistant __________________ ____________ Attorney General, on Memorandum in Support of Motion for Summary Affirmance for appellees. ____________________ ____________________ Per Curiam. After carefully reviewing the parties' __________ briefs and the record, we affirm the judgment of the district ______ court for essentially the reasons stated in its Memorandum of Decision, dated September 7, 1993.